# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUXIER DRYWALL, LLC aka Auxier Drywall, )<br>aka Auxier Drywall & Painting, )<br>)<br>Defendant. ) | Case No.: 4:05mc280 RWS |

## ORDER

This cause is before the Court on Plaintiffs' Motion to Re-schedule Debtor's Exam. All matters are pending before the undersigned United States District Judge.

After careful review of the pleadings,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Re-schedule Debtor's Exam is granted. Defendant will now appear for examination before this Court on **October 27, 2005 at 2:00 p.m.**, in Courtroom 10 South, at the United States Federal Courthouse, at 111 South 10th Street, St. Louis, Missouri.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2005.

275048.WPD